# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ENTERPRISE MANAGEMENT LIMITED INC, MARY LIPPITT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONSTRUX SOFTWARE BUILDERS INC, STEVE C MCCONNELL,<br><br>    Defendants. | **JUDGMENT ON JURY VERDICT**<br>Case No.   2:19-CV-01458-DWC |

  X   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    NOW, THEREFORE, the Jury has determined Plaintiffs did not prove that Defendants infringed the copyrighted work of the TXu-956-226 or the TX-5-827-350 registrations.

As a result of the jury's verdict, judgment is for Defendants and this case is closed.

    Dated this  30th  day of March, 2022.


                                    Ravi Subramanian
                                    Clerk

                                    _____
                                    Deputy Clerk