The Honorable David W. Christel

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ENTERPRISE MANAGEMENT LIMITED, INC. and DR. MARY LIPPITT,<br><br>Plaintiffs,<br><br>v.<br><br>CONSTRUX SOFTWARE BUILDERS, INC. and STEVE C. MCCONNELL<br><br>Defendants. | Case No. 2:19-cv-01458-DWC<br><br>**ORDER DIRECTING DISBURSEMENT OF REGISTRY FUNDS** |

Pursuant to Local Civil Rule 67, and the unopposed Motion for Disbursement of Registry Funds (Dkts. 133, 134) the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $100,000 plus all accrued interest, payable to Enterprise Management Limited, Inc., and mail or deliver the check to Enterprise Management Limited, Inc. which will be mailed or delivered to same at 4531 Roanoak Way, Palm Harbor, FL 34685.

DATED this 29th day of August, 2023.

_____
The Honorable David W. Christel

ORDER DIRECTING DISBURSEMENT OF REGISTRY FUNDS - 1
Case No. 2:19-cv-01458-DWC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

Presented by:

By: *s/ Benjamin J. Hodges*
Benjamin Hodges, WSBA 49301
By: *s/ Kelly Mennemeier*
Kelly Mennemeier, WSBA
FOSTER GARVEY PC
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: ben.hodges@foster.com;
Kelly.mennemeier@foster.com

*Attorneys for Enterprise Management Limited, Inc. and Dr. Mary Lippitt*

ORDER GRANTING PLAINTIFF'S MOTION - 2
Case No. 2:19-cv-01458-DWC

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700