# United States District Court
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

ENTERPRISE MANAGEMENT LIMITED INC,
MARY LIPPITT,

        Plaintiffs,

   v.

CONSTRUX SOFTWARE BUILDERS INC,
STEVE C MCCONNELL,

        Defendants.

**JUDGMENT ON JURY VERDICT**
Case No.    2:19-CV-01458-DWC

 X   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     NOW, THEREFORE, the Jury has determined Plaintiffs did not prove the Managing Complex Change chart was registered via the TX 2-124-202 registration. However, the Jury determined Defendants infringed on Plaintiffs' copyrights in the portions of the Managing Complex Change chart proven to have been effectively registered via the TXu-956-226 or the TX-5-827-350 registrations.

     As a result of the jury's verdict, judgment entered in favor of Plaintiffs Enterprise Management Limited Inc. and Mary Lippitt against Defendants Construx Software Builders Inc. and Steve C. McConnell in the amount of $8,000.00.

     Dated this 13th day of June, 2024.


RAVI SUBRAMANIAN
Clerk


s/KIM BRYE
Deputy Clerk